JUDGE GRIESA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CV 3750**

Paul Sutherland Photography LLC
Plaintiff

-v-

McGraw Hill Education and
The McGraw Hill Companies
Defendant

Case No.

Rule 7.1 Statement

RECEIVED
MAY 1 1 2007
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Paul Sutherland Photography LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held. N/A

Date: 5/11/07

Signature of Attorney

Attorney Bar Code: 5553

Form Rule7_1.pdf