PAUL SUTHERLAND PHOTOGRAPHY LLC

                                             Plaintiff(s)

- against -

MCGRAW HILL EDUCATION AND MCGRAW HILL COMPANIES

                                             Defendant(s)

Index #: 07 CV 3750 (GRIESA)

Date Filed:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 16, 2007 at 04:27 PM at

1221 AVENUE OF THE AMERICAS
NEW YORK, NY10020

deponent served the within true copy of the SUMMONS & COMPLAINT on MCGRAW HILL COMPANIES, the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MR. PETER J. O'CONNOR personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | GREY | 52 | 6'0 | 180 |

Sworn to me on: May 17, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**BYRAN E. MCELDERRY**
License #: 869802
Docket #: 479173

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: EDWARD C. GREENBERG, PC - 916

PAUL SUTHERLAND PHOTOGRAPHY LLC

                            Plaintiff(s)

- against -

MCGRAW HILL EDUCATION AND MCGRAW HILL COMPANIES

                            Defendant(s)

Index #: 07 CV 3750 (GRIESA)

Date Filed:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 16, 2007 at 04:27 PM at

1221 AVENUE OF THE AMERICAS
NEW YORK, NY10020

deponent served the within true copy of the SUMMONS & COMPLAINT on MCGRAW HILL COMPANIES, the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MR. PETER J. O'CONNOR personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | GREY | 52 | 6'0 | 180 |

Sworn to me on: May 17, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**BYRAN E. MCELDERRY**
License #: 869802
Docket #: 479173