06/04/2007 04:56   2126972729             EDWARD GREENBERG                    PAGE 03/03

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------x

PAUL SUTHERLAND PHOTOGRAPHY LLC

            Plaintiff,                         07 CV 3750
                                                       (Judge Griesa)
     -against-

MCGRAW HILL EDUCATION and
THE MCGRAW HILL COMPANIES

           Defendants.
--------------------------------------------x

        Stipulation and Order Extending
        <u>Time to Answer Complaint</u>

       The parties by their attorneys agree that defendants' time to answer the complaint is extended to and including June 27, 2007.

_____          _____
Edward C. Greenberg, P.C. (ECG 553)   Richard Dannay (RD 9407)
Attorney for Plaintiff              Cowan, Liebowitz & Latman, P.C.
570 Lexington Avenue, 17th Floor    Attorneys for Defendants
New York, NY 10022                  1133 Avenue of the Americas
212-697-8777                        New York, NY 10036
                                    212-790-9200

So Ordered:

_____
Thomas P. Griesa
U.S.D.J.

6/6/07

22151/022/793074.1