```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                            ECF CASE
PAUL SUTHERLAND PHOTOGRAPHY LLC
                                            07 CV 3750
              Plaintiff,                    (Judge Griesa)

        -against-                           CORPORATE DISCLOSURE
                                                STATEMENT
MCGRAW HILL EDUCATION and
THE MCGRAW HILL COMPANIES

              Defendants.
------------------------------------x
```

This document is submitted under Fed. R. Civ. P. 7.1(a). The McGraw-Hill Companies, Inc., has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

Dated:   New York, NY
         June 25, 2007

```
                                    s/ Richard Dannay
                                    Richard Dannay (RD-9407)
                                    COWAN, LIEBOWITZ & LATMAN, P.C.
                                    1133 Avenue of the Americas
                                    35th Floor
                                    New York, NY 10036-6799
                                    Phone (212) 790-9200

                                    Attorneys for Defendant
                                    The McGraw-Hill Companies, Inc.

                                    (Sued as shown in caption)
```

22151/022/795508.1