UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
PAUL SUTHERLAND PHOTOGRAPHY LLC,                Index No. 07CV3750

                    Plaintiff,

   -against-

MCGRAW HILL EDUCATION ET AL.,                   **NOTICE OF CHANGE**
                                        **OF ADDRESS**

                   Defendants.
-------------------------------------------------------------------X

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for EDWARD C. GREENBERG, ESQ.:

*Law firm name*

    From:   Greenberg and Reicher, LLP

    To:     Edward C. Greenberg, P.C.

*Address*

    From:   50 East 42nd Street, 17th Floor, New York, NY 10017

    To:     570 Lexington Avenue, 17th Floor, New York, NY 10022

*The telephone number, fax number, and e-mail address remain the same.*

Dated: July 23, 2007

                                                        EDWARD C. GREENBERG
                                                        EDWARD C. GREENBERG, PC.
                                                        570 Lexington Avenue, 17th Floor
                                                        New York, NY 10022
                                                        Phone: (212) 697-8777
                                                       Fax:   (212) 697-2528
                                                       e-mail: ecglaw@aol.com