USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/07

*Case Closed*

EXECUTION COPY

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTIRCT OF NEW YORK

| | |
|---|---|
| PAUL SUTHERLAND PHOTOGRAPHY LLC,<br><br>Plaintiff,<br><br>v.<br><br>MCGRAW HILL EDUCATION and MCGRAW HILL COMPANIES,<br><br>Defendants. | Civil Action No. 07 CV 3750<br>(Judge Griesa)<br><br>[~~PROPOSED~~] STIPULATED ORDER OF DISMISSAL |

Counsel for the parties in the above-captioned matter hereby stipulate and agree to the dismissal of all claims raised in this action with prejudice as settled, with each side to bear its own costs. Accordingly, it is hereby ORDERED that this case is dismissed with prejudice as settled and each side shall bear its own costs and expenses.

_____
Richard Dannay (RD-9407)
Jason D. Sanders (JS-2219)
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, NY 10036-6799
Phone (212) 790-9200
Fax    (212) 575-0671

Attorneys for The McGraw-Hill Companies, Inc. and McGraw-Hill Education

_____
Edward C. Greenberg (ECG-553)
EDWARD GREENBERG PC
570 Lexington Ave. 17th Floor, New York, New York, 10022
Phone (212) 697-8777
Fax    (212) 697-2528

Attorneys for Plaintiff Paul Sutherland Photography LLC

Dated: Oct. 25, 2007

So Ordered: _____
Thomas P. Griesa
United States District Judge

8

22151/022/806559.4